**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2540-18
A-2878-18

DAVIDA SCHUMAN,

      Plaintiff-Appellant,

v.

CIVIL SERVICE COMMISSION,

      Defendant-Respondent.

_____

DAVIDA SCHUMAN,

      Plaintiff-Appellant,

v.

KEAN UNIVERSITY,

      Defendant-Respondent.

_____

Argued March 9, 2021 – Decided April 16, 2021

Before Judges Fisher, Moynihan and Gummer.

On appeal from the New Jersey Civil Service Commission, Docket No. 2019-773 and the decision of Kean University, dated January 15, 2019.

Williams Cedar LLC, attorneys for appellant (Kevin Haverty, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondent Civil Service Commission (Melissa H. Raksa, Assistant Attorney General, of counsel; Pamela N. Ullman, Deputy Attorney General, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondent Kean University (Melissa H. Raksa, Assistant Attorney General, of counsel; Christopher Weber, Deputy Attorney General, on the brief).

PER CURIAM

The parties having so stipulated, these consolidated appeals are dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-2540-18